AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

MAR 28 2019

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Marcos Castillo-Gonzalez

**CRIMINAL COMPLAINT**

Case Number: M-19-0711-M

IAE   YOB: 1993
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 27, 2019__ in __Starr__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Marcos Castillo-Gonzalez was encountered by Border Patrol Agents near Roma, Texas on March 27, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on March 27, 2019, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on December 18, 2018 through Brownsville, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On October 15, 2018, the defendant was convicted of Criminal Sexual Conduct 2nd Degree and sentenced to three hundred and sixty five (365) days confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved by Amy F. Greenbaum

Sworn to before me and subscribed in my presence,

March 28, 2019   EAR   4:17 pm

Ernie E. Bergollo   Senior Patrol Agent
Signature of Complainant

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer